IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JUMEL H. SHAIDNAGLE, INDIVIDUALLY, AND                                       PLAINTIFFS
ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES
OF NICHOLAS L. PASTOR, DECEASED AND THE ESTATE
OF NICHOLAS L. PASTOR, DECEASED

vs.                                                                          Cause No. 5:13cv112-DCB-JCG

ADAMS COUNTY, MISSISSIPPI et al                                              DEFENDANTS
_____

**FINAL JUDGMENT**
_____

For the reasons set forth in this Court's [251] Order Granting Motions for Summary Judgment and Granting In Part and Deferring Judgment on Motion, entered on January 27, 2015, and pursuant to the agreement of the counsel hereto;

**IT IS, HEREBY, ORDERED AND ADJUDGED** that the Complaint filed by Plaintiffs, Jumel H. Shaidnagle, Individually, on Behalf of the Wrongful Death Beneficiaries of Nicholas Pastor, Deceased, and on behalf of the Estate of Nicholas L. Pastor, Deceased, including any and all claims which were or could have been contained therein against all Defendants, is dismissed with prejudice, with all parties to bear their respective attorneys' fees, costs and expenses.

**SO ORDERED AND ADJUDGED**, this the 11th day of May, 2015.

                                                            s/David Bramlette
                                                            **UNITED STATES DISTRICT JUDGE**

**AGREED AS TO FORM:**

 /s/ Michael T. Jaques
**MICHAEL T. JAQUES, ESQ.**
**SESSUMS, DALLAS & MORRISON, PLLC**
*Attorney for Plaintiffs*

 /s/ Jason E. Dare
**JASON E. DARE, ESQ.**
**WYATT, TARRANT & COMBS, LLP**
*Attorney for Defendant Smith*